IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:09-CR-14-1H

UNITED STATES OF AMERICA, )
)
)
)
)
v. ) **ORDER**
)
)
JASON TERRELL JONES, )
)
Defendant. )

This matter is before the court on defendant's motion to vacate the firearms enhancement in his case. He asks the court to delete the enhancement from his presentence investigation report in order to gain the full benefit of the residential drug addiction program offered by the Bureau of Prisons. The court has reviewed this matter and finds that under the circumstances, the court does not have the authority to grant such a motion. Therefore, defendant's motion is DENIED.

This 1st day of November 2010.

Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#26